

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RUSH TRUCK CENTERS OF TEXAS, L.P. d/b/a RUSH ENTERPRISES, INC., a/k/a RUSH TRUCK CENTER-EL PASO, | § § § | No. 08-22-00226-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th Judicial District Court |
| | | of El Paso County, Texas |
| ROSARIO Y. MENDOZA, Individually and on Behalf of the Estate of MARCO A. HOYOS MARTINEZ, | § § | (TC# 2022DCV0350) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 1ST DAY OF SEPTEMBER, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.
Palafox, J., dissenting